JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ROGER VIEIRA DUARTE, et al, <br><br> Petitioner, <br><br> v. <br><br> JAMES JANECKA, et al, <br><br> Respondents. | No. 5:26-cv-03402-BFM <br><br> **JUDGMENT** |

On June 30, 2026, the Court issued an order granting the petition and ordered Petitioner Roger Vieira Duarte (A# 216-130-788) to be immediately released on appropriate conditions of supervision. (ECF 9 at 4.) The Court directed Petitioner to notify the Court if his release was delayed for any reason. (ECF 9 at 4.) Petitioner has not notified the Court, and the Immigration and Customs Enforcement detainee locator no longer lists Petitioner. The Court therefore concludes that Petitioner has been released from Respondents' custody.

Accordingly, pursuant to the Order Granting Petition, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition (ECF 1) is granted as to Count Two. The Clerk of Court is directed to close this case.

DATED:  JULY 10, 2026

_____
HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

2